**Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00874-CV

## IN THE MATTER OF THE MARRIAGE OF JEFFREY SHEAL BARNETT AND ERICA LYNN OGLETREE

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2018-33480**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed October 14, 2019. The notice of appeal was filed October 30, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207.

On December 5, 2019, this court ordered appellant to pay the appellate filing fee on or before December 20, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.